IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH M. HISEL, | ) |
| | ) Civil Action No. 21 – 117 |
| Plaintiff, | ) |
| | ) |
| v. | ) Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| LAWRENCE COUNTY CORRECTIONS and PRIME CARE MEDICAL, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Correspondence to the Court dated February 16, 2021 and accompanying Inmate Account Statement (ECF No. 9) is construed as a renewed Motion for Leave to Proceed *in forma pauperis*.[1]

**IT IS FURTHER ORDERED** that Plaintiff's renewed Motion for Leave to Proceed *in forma pauperis* is **GRANTED** to the extent that the case may proceed without the prepayment of the entire $350.00 filing fee. However, Plaintiff shall pay **$180.24** as an initial partial filing fee as provided by 28 U.S.C. § 1915(b)(1)(B).[2]

---

[1] It is noted that Plaintiff's correspondence also included a request that the Court help in obtaining access to his personal bank account at Fifth Third Bank. As Plaintiff has already been informed by the Court in its Order dated February 16, 2021, the Court does not have authority to order Fifth Third Bank to do anything since it is not a party in this matter. Furthermore, Plaintiff is instructed to NOT write his personal information (such as his social security number) on any document he intends to file with the Court as such information becomes public information. However, Plaintiff should rest assured that because his correspondence contained such private information, it was blocked and is therefore not accessible to the public.

[2] Plaintiff's average monthly balance in his account was $901.20 and twenty percent of that is $180.24. *See* 28 U.S.C. § 1915(b)(1) (explaining the calculation of the initial partial filing fee).

1

**IT IS FURTHER ORDERED** that the agency having custody of Plaintiff shall forward, within **THIRTY (30) DAYS** from the date of this Order, the initial partial filing fee to the Clerk of Court.  A check from a penal institution, a cashier's check, or a money order should be made payable to "Clerk, U.S. District Court for the Western District of Pennsylvania" and transmitted to: Clerk of Court, U.S. District Court, Western District of Pennsylvania, 700 Grant Street, Suite 3110, Pittsburgh, PA, 15219.  Personal checks will not be accepted.  The following information shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto: (i) the full name of the prisoner; (ii) the prisoner's inmate number; and (iii) the case number for this action.  Checks or money orders which do not have this information will be returned to the penal institution.

**IT IS FURTHER ORDERED** that after the payment of the initial partial filing fee, each time a deposit is made to Plaintiff's account, the agency having custody of Plaintiff shall set aside the deposit immediately before any disbursement is made by Plaintiff, and when the amount in Plaintiff's account exceeds $10.00, the agency shall forward payments to this Court equaling 20% of the preceding month's income credited to his account until the filing fee for this case is paid in full.  The prisoner information described in the previous paragraph shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto.  The agency shall forward payments to the appropriate courts simultaneously if there are multiple orders.

**IT IS FURTHER ORDERED** that this Order is binding on the superintendent/warden of any jail or correctional facility where Plaintiff is incarcerated until the filing fee is paid in full in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  However, Plaintiff is warned that

he is ultimately responsible for payment of the filing fee if his custodian lapses in his/her duty to make payments on his behalf.  For this reason, if Plaintiff is transferred to another jail or correctional institution, Plaintiff should ensure that the new institution is informed about this lawsuit and the required monthly payments as set out herein.  Plaintiff is advised to retain a copy of this Order for this purpose.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enclose with this Order an authorization form which Plaintiff shall complete and return to the Court within **TEN (10) DAYS** of entry of this Order.  On this form, Plaintiff shall sign <u>either</u> the section that authorizes monthly payments from his inmate account <u>or</u> the section that moves to withdraw this action *without payment of any portion of the filing fee*.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Order to the Inmate Account Officer at Plaintiff's place of confinement if and once Plaintiff has returned his authorization form.

**IT IS FURTHER ORDERED** that this action may be dismissed for failure to prosecute if Plaintiff fails to return the authorization form within **TEN (10) DAYS** from the date of this Order or if Plaintiff authorizes payments and the initial partial filing fee is not received within **THIRTY (30) DAYS** from the date of this Order.

**AND IT IS FURTHER ORDERED** that the Clerk of Court reopen this case and docket the Complaint and any attachments thereto.

**DONE AND ORDERED** this 22nd day of February, 2021.

<u>/s/ Lisa Pupo Lenihan</u>
Lisa Pupo Lenihan
United States Magistrate Judge

Cc:    Kevin R. Shay
        2035348
        Lawrence County Corrections
        111 S. Milton Street
        New Castle, PA  16101-3595

        Inmate Account Officer
        Lawrence County Corrections